PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JEFFREY E. SIMONS,<br><br>             Defendant. | Case No. 1:24-mj-00062-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss this case, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The parties have entered into a deferred prosecution agreement to resolve this matter.

DATED: December 9, 2024                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                    By:     /s/ *Jeffrey A. Spivak*
                                            JEFFREY A. SPIVAK
                                            Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __December 10, 2024__                    _____
                                                STANLEY A. BOONE
                                                United States Magistrate Judge